### *No.* 2.

**PECKHAM** *against* **BURLINGTON AND COLCHESTER.**
*Addison,* 1818.

THIS was an action brought against defendants *jointly,* to

recover damages, sustained by reason of the insufficiency of a bridge, *between* the two towns.

After verdict for plaintiff, the counsel for defendants, moved to arrest the Judgment, for insufficiency of the declaration.

The Court decided:

That the action was properly brought against the two towns *jointly,* and dismissed the motion.

---

# JUDGMENT.